**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION**

**LIBERTY INSURANCE CORPORATION,**
    **Plaintiff/Counter-Defendant,**

**VS.**                                                    **Case No. 2:19-cv-02739**
                                                             **JURY DEMANDED**

**SHIRLEY TODD SAULSBERRY and
LOANCARE, LLC.,**

    **Defendants/Counter-Plaintiff.**

**NOTICE OF FILING OF SHIRLEY TODD SAULSBERRY'S INITIAL
DISCLOSURES UNDER FEDERAL RULES OF CIVIL PROCEDURE
26(a)(1) AND (2)**

NOTICE IS HEREBY GIVEN that a copy of the INITIAL DISCLOSURES by Defendant/Counter-Plaintiff, Shirley Todd Saulsberry, to Plaintiff/Counter-Defendant in the above styled and numbered cause has been delivered by the undersigned and the original shall be in the possession and control of David M. Waldrop, attorney for Defendant/Counter-Plaintiff, Shirley Todd Saulsberry.

                                      Respectfully submitted,

                                      THE WALDROP FIRM, PC

                                      /s/ David M. Waldrop

                                      _____
                                      David M. Waldrop  #13079
                                      9032 Stone Walk Place
                                      Germantown, TN 38138
                                      (901) 759-3489
                                      Attorney for Saulsberry

## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing was served upon:

Brian C. Neal
J. Matthew Kroplin
BURR & FORMAN LLP
222 Second Ave. South
Suite 2000
Nashville, TN 37201

Bret J. Chaness
Amanda M. Beckett
Rubin Lublin TN, PLLC
3140 Avalon Ridge Place,
Suite 100
Peachtree Corners, GA 30071

by placing the same in the U.S. Mail this 28 day of January, 2020.

                ____David M. Waldrop_____
                David M. Waldrop